# EXHIBIT 2

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br> Plaintiff <br><br> v. <br><br> ELEVATE CREDIT, INC., <br><br> Defendant. | Case No.: 2020 CA 002697 B <br><br> Judge: Robert R. Rigsby <br><br> Next Event: Initial Conference <br> Date: Sept. 11, 2020 at 10:00 AM |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Elevate, Inc. ("Elevate"), submits this Consent Motion to Extend Time to Respond to the Complaint pursuant to Rule 55(1)(3), and in support states as follows:

1. Plaintiff District of Columbia commenced this action on June 5, 2020.

2. Elevate accepted service of the complaint, summons, initial order and information sheet on June 5, 2020.

3. Elevate's response to the complaint is due on June 26, 2020.

4. Elevate requests an additional twenty-one (21) days to respond to the complaint until July 17, 2020 to analyze the facts and issues and examine possible defenses in order to accurately prepare a response.

5. No prior extensions have been sought in this matter.

6. This request is made in good faith without purposes of delay.

7. Plaintiff does not oppose this request.

WHEREFORE, Defendant Elevate Credit, Inc. respectfully requests that the Court grant this motion and enter the attached Order extending the time for Elevate to respond to the complaint by twenty-one (21) days until July 17, 2020.

- 2 -

Dated:  June 22, 2020                          Respectfully submitted,


        /s/  A. Scott Bolden_____
A. Scott Bolden (D.C. Bar No. 428758)
REED SMITH LLP
1301 K Street NW, Suite 1000 East Tower
Washington, DC 20005
Telephone: (202) 414-9266
Facsimile: (202) 414-9299
abolden@reedsmith.com

*Counsel for Elevate Credit, Inc.*


## RULE 12-1 CERTIFICATION

I hereby certify that Defendant's counsel communicated with Plaintiff's counsel, Wendy J. Weinberg, on June 15, 2020, and she consented to the relief requested in the instant motion.

        /s/  A. Scott Bolden_____
        A. Scott Bolden (D.C. Bar No. 428758)

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020 I caused a copy of the foregoing Motion to Extend Time to Respond to Complaint to be filed and served via CaseFileXpress upon all counsel of record.

/s/  A. Scott Bolden
A. Scott Bolden (D.C. Bar No. 428758)

### IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff<br><br>v.<br><br>ELEVATE CREDIT, INC.,<br><br>Defendant. | Case No.:  2020 CA 002697 B<br><br>Judge: Robert R. Rigsby<br><br>Next Event: Initial Conference<br>Date: Sept. 11, 2020 at 10:00 AM |

### PROPOSED ORDER

Upon consideration of Defendant's Consent Motion to Extend Time to Respond to Complaint filed by Defendant Elevate Credit, Inc., it is this ____ day of _____, 2020, by the Superior Court of the District of Columbia,

**ORDERED** that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Elevate Credit, Inc. shall have until July 17, 2020 to respond to the Complaint.

_____
Judge Robert R. Rigsby

Copies to:

Wendy J. Weinberg, Esq. (Via CaseFileXpress)
A. Scott Bolder, Esq. (Via CaseFileXpress)