# EXHIBIT 3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff,*<br><br>v.<br><br>ELEVATE CREDIT, INC.,<br><br>*Defendant.* | Case No. 2020 CA 002697 B<br>Judge Robert R. Rigsby |

## ORDER

This matter is before the Court on Defendant's Consent Motion to Extend Time to Respond to Complaint, filed on June 22, 2020. Defendant requests to extend the time to respond to the complaint. Plaintiff consents to the requested relief. The Court finds good cause to grant the request. Accordingly, and based on the entire record herein, it is this the 29th day of June, 2020, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendant shall answer or otherwise respond to the complaint on or before July 17, 2020.

**SO ORDERED.**

_____
Robert R. Rigsby, Associate Judge
Superior Court of the District of Columbia

Copies to counsel of record via CaseFileXpress.