UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br><br>        Plaintiff,<br><br>v.<br><br>ELEVATE CREDIT, INC.<br><br>        Defendant. | Civ. Action No. 20-1809 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Remand to State Court, ECF No. 15, is **GRANTED**; and it is further

**ORDERED** that this case is remanded to the Superior Court of the District of Columbia.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           July 15, 2021**